Dowd v Klay (2026 NY Slip Op 00674)

Dowd v Klay

2026 NY Slip Op 00674

Decided on February 11, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 11, 2026
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: MONTOUR, J.P., SMITH, GREENWOOD, NOWAK, AND HANNAH, JJ.

55 CA 24-01835

[*1]BRIAN DOWD AND SUSAN DOWD, PLAINTIFFS-APPELLANTS,
vJEFFREY KLAY, DEFENDANT-RESPONDENT. 

VINAL & VINAL, P.C., BUFFALO (OLIVIA M. MULLEN OF COUNSEL), FOR PLAINTIFFS-APPELLANTS.
HURWITZ FINE P.C., BUFFALO (BRIAN M. WEBB OF COUNSEL), FOR DEFENDANT-RESPONDENT. 

 Appeal from an order of the Supreme Court, Erie County (Edward Pace, J.), dated October 23, 2024. The order, inter alia, granted the cross-motion of defendant for summary judgment dismissing the complaint. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.
Entered: February 11, 2026
Ann Dillon Flynn
Clerk of the Court